NEWMEYER & DILLION LLP
JOSEPH A. FERRENTINO, CBN 162855
ANNE J. KELLEY, CBN 168217
895 Dove Street, 5th Floor
Newport Beach, California  92660
(949) 854-7000; (949) 854-7099 (Fax)
Joseph.Ferrentino@ndlf.com
Anne.Kelley@ndlf.com

Attorneys for Plaintiff, Counterdefendant and Counterclaimant CENTEX HOMES, a Nevada general partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>           Plaintiff,<br><br>vs.<br><br>AD LAND VENTURE, a California limited partnership; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation; and DOES 1 through 20 inclusive,<br><br>           Defendant.<br><br>AND RELATED CROSS ACTIONS. | CASE NO.:2:11-cv-02788-MCE-DAD<br><br>[Removed from Sacramento County Superior Court, Case No.: 34-2011-00112151]<br><br>**STIPULATION AND PROPOSED ORDER RE: FILING OF JOINT STATUS REPORT AND RULE 26(f) DISCOVERY PLAN**<br><br>Removal Date:  October 21, 2011<br>Trial Date: Not set |

   COMES NOW, CENTEX HOMES, a Nevada general partnership ("Centex"), by and through its counsel of record, Anne J. Kelley of Newmeyer & Dillion, LLP, and respectfully submits the following Stipulation and Order.

   Centex has filed a motion to remand this case to the Superior Court for the State of California, County of Sacramento.  The hearing on such motion is scheduled for January 12, 2012 at 2:00p.m. before the Hon. Morrison C. England, Jr.  Therefore, the parties hereby stipulate and

respectfully request that the Court extend the time in which to meet and confer and file a Joint Status Report, including a Rule 26(f) Discovery Plan, to January 26, 2012, two weeks after the Court's hearing on the motion to remand.

Dated:  December 20,, 2011    NEWMEYER & DILLION LLP

By:  /S/
Anne J. Kelley, Esq.
Attorneys for Plaintiff, Counterdefendant and Counterclaimant CENTEX HOMES, a Nevada general partnership

Dated: December _20, 2011    BOHM MATSEN KEGEL & AGUILERA LLP

By: /S/
Kari M. Myron, Esq.
Attorneys for Defendants TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and Defendant, Counterclaimant and Counterdefendant ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation

1  By stipulation of the parties, the deadline to meet and confer and submit a Joint Status Report and Rule 26(f) Discovery Plan is continued to January 26, 2012, two weeks after the hearing on Centex Homes' motion to remand this case to the Superior Court for the State of California, County of Sacramento.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:  January 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE