NEWMEYER & DILLION LLP
JOSEPH A. FERRENTINO, CBN 162855
ANNE J. KELLEY, CBN 168217
895 Dove Street, 5th Floor
Newport Beach, California  92660
(949) 854-7000; (949) 854-7099 (Fax)
Joseph.Ferrentino@ndlf.com
Anne.Kelley@ndlf.com

Attorneys for Plaintiff, Counterdefendant and Counterclaimant CENTEX HOMES, a Nevada general partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>          Plaintiff,<br><br>vs.<br><br>AD LAND VENTURE, a California limited partnership; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation; and DOES 1 through 20 inclusive,<br><br>          Defendant.<br><br>AND RELATED CROSS ACTIONS. | CASE NO.:2:11-cv-02788-MCE-DAD<br><br>[Removed from Sacramento County Superior Court, Case No.: 34-2011-00112151]<br><br>**STIPULATION TO REMAND CASE TO SACRAMENTO COUNTY SUPERIOR COURT AND ORDER**<br><br>Removal Date:  October 21, 2011<br>Trial Date: Not set |

  Plaintiff, Counterdefendant and Counterclaimant CENTEX HOMES, Defendants TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and Defendant, Counterclaimant and Counterdefendant ST. PAUL MERCURY INSURANCE COMPANY, by and through their respective undersigned counsel, hereby agree and stipulate as follows:

**STIPULATION**

1. On October 12, 2011, Centex Homes commenced an action in the Superior Court for the State of California, County of Sacramento entitled *Centex Homes v. Travelers Property Casualty Company of America, et al.,* Sacramento County Superior Court Case No. 34-2011-00112151 (the "Action"). The Action names, among others, defendant Ad Land Venture, a citizen of the State of California, the forum in which the Action was originally brought.

2. On October 21, 2011, Centex Homes effectuated service of process upon the forum defendant, Ad Land Venture.

3. On October 21, 2011, Travelers Property Casualty Company of America, St. Paul Fire and Marine Insurance Company and St. Paul Mercury Insurance Company, without knowledge of the service of process on the forum defendant, filed a Notice of Removal of the Action pursuant to 28 U.S.C. § 1441(b).  (Dkt. Nos. 1 and 2).

4. On November 18, 2011, Centex Homes filed a Motion to Remand and for Costs based on the existence of a forum defendant pursuant to 28 U.S.C. § 1441(b).  (Dkt. Nos. 9-13).

5. On December 29, 2011, Travelers Property Casualty Company of America, St. Paul Fire and Marine Insurance Company and St. Paul Mercury Insurance Company filed an Opposition to Centex Homes' Motion to Remand Only With Respect Centex's Request for Attorney's Fees and Costs.  (Dkt. Nos. 19-19(3)).

6. Therefore, the parties stipulate that due to the existence of a forum defendant, this entire action, including all counterclaims, should be remanded back to the Superior Court for the State of California, County of Sacramento, the forum in which the Action was originally filed.

7. Centex stipulates to bear its own costs incurred with respect to its Motion to Remand and for Costs, and each party shall bear its own attorney's fees and costs with respect to removal and subsequent remand of the Action pursuant to this Stipulation.

8. This Stipulation moots all pending deadlines, motions and hearings before this Court, and the parties stipulate that such deadlines, motions and hearings should be taken off the Court's calendar, including the January 12, 2012 hearing on the Motion to Remand and for Costs.

9. This Stipulation may be executed in counterparts, by facsimile signature, each of

1  which shall together be construed as a single original document, and which may be used in lieu of

2  the original for all purposes.

3  **IT IS SO STIPULATED.**

4

5  Dated: January 9, 2012                                    NEWMEYER & DILLION LLP

6

7                                                            By:/ s / Anne J. Kelley
                                                                Anne J. Kelley, Esq.
8                                                               Attorneys for Plaintiff, Counterdefendant
                                                                and Counterclaimant CENTEX HOMES, a
9                                                               Nevada general partnership

10

11 Dated: January 9, 2012                                    BOHM MATSEN KEGEL & AGUILERA LLP

12

13                                                           By:/ s /  Kari M. Myron as authorized on
                                                                January 9, 2012
14                                                              Kari M. Myron, Esq.
                                                                Attorneys for Defendants TRAVELERS
15                                                              PROPERTY CASUALTY COMPANY OF
                                                                AMERICA, a Connecticut corporation and
16                                                              ST. PAUL FIRE AND MARINE
                                                                INSURANCE COMPANY, a Minnesota
17                                                              corporation; and Defendant,
                                                                Counterclaimant and Counterdefendant ST.
18                                                              PAUL MERCURY INSURANCE
                                                                COMPANY, a Minnesota corporation
19

20

21

22

23

24

25

26

27

28

# **ORDER**

Good cause appearing, IT IS ORDERED THAT:

1. Due to the existence of a forum defendant pursuant to 28 U.S.C. § 1441(b), this entire action, including all counterclaims, is immediately remanded back to the Superior Court for the State of California, County of Sacramento, case number 34-2011-00112151.

2. Each party shall bear its own attorney's fees and costs with respect to the removal, the Motion to Remand and for Costs, and subsequent remand.

3. All pending deadlines, motions and hearings before this Court shall be taken off the Court's calendar, including the January 12, 2012 hearing on Centex Homes' Motion to Remand and for Costs.

4. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: January 9, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

NEWMEYER & DILLION LLP